UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANNY MCCLUSKIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV-09-400-B-W |
| | ) |
| MAINE, STATE OF, | ) |
| | ) |
| Respondent. | ) |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed October 28, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Petitioner's Motion to Dismiss his 28 U.S.C. § 2254 Petition (Docket # 14) be and hereby is GRANTED and the Petition (Docket # 1) is dismissed without prejudice.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 19th day of November, 2009